1  MICHELE BECKWITH
   Acting United States Attorney
2  CHAN HEE CHU
   Assistant United States Attorney
3  MISDEMEANOR UNIT
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5

6  Attorneys for Plaintiff
   UNITED STATES OF AMERICA
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 5:25-po-00074-CDB |
|---|---|
| Plaintiff, | [Citation #E2090711, CA/14] |
| v. | |
| GILBERTO GUERRERO, | MOTION TO AMEND LISTED COLLATERAL AMOUNT ON CITATION |
| Defendant. | |

The United States of America, by and through Michele Beckwith, Acting United States Attorney, and Chan Hee Chu, Assistant United States Attorney, hereby moves to amend [Citation #E2090711, CA/14] in Case No. 5:25-po-00074-CDB against GILBERTO GUERRERO, so that the listed total collateral amount is $230.00.

DATED: March 26, 2025                     Respectfully submitted,

                                          MICHELE BECKWITH
                                          Acting United States Attorney

                                    By:   /s/ *Chan Hee Chu*
                                          CHAN HEE CHU
                                          Assistant United States Attorney

**O R D E R**

IT IS HEREBY ORDERED that [Citation #E2090711, CA/14] in Case No. 5:25-po-00074-CDB against GILBERTO GUERRERO, is amended to reflect the listed total collateral amount is reduced to $230.00.

IT IS SO ORDERED.

Dated:   **March 27, 2025**

_____
UNITED STATES MAGISTRATE JUDGE